## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOHN DAVIS,

       Plaintiff,

v.

MARY CAROLE COONEY, et al.,

       Defendants.

CIVIL ACTION FILE

NO. 1:16-cv-03844-ELR

## PROPOSED ORDER

Before the Court is a Motion for Leave to File Brief *Amicus Curiae* by

Robert Ammons, Emelyn Mays and Evangeline Watkins [Dkt. ___].  The Motion

is hereby **GRANTED**.  The Clerk is DIRECTED to file the brief attached to the

Motion as of the date of this Order.

**IT IS SO ORDERED**, this ____ day of _____, 2016.

_____
THE HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE