# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-03844-ELR
## Davis v. Cooney et al
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 10/27/2016.

| | |
|---|---|
| TIME COURT COMMENCED: 10:10 A.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 11:50 A.M. | CSO/DUSM: McClain |
| TIME IN COURT: 1:40 | DEPUTY CLERK: Michelle Beck |
| OFFICE LOCATION: Atlanta | |

**ATTORNEY(S) PRESENT:**
Joshua Belinfante representing Emelyn Mays
Joshua Belinfante representing Evangeline Watkins
Joshua Belinfante representing Robert Ammons
Kaye Burwell representing David J. Burge
Kaye Burwell representing Luther W. Beck
Kaye Burwell representing Mary Carole Cooney
Kaye Burwell representing Richard Barron
Kaye Burwell representing Rukiya S. Thomas
Kaye Burwell representing Stan Matarazzo
Keisha Coleman representing John Davis
Robert Highsmith representing John Davis
Patrise Perkins-Hooker representing David J. Burge
Patrise Perkins-Hooker representing Luther W. Beck
Patrise Perkins-Hooker representing Mary Carole Cooney
Patrise Perkins-Hooker representing Richard Barron
Patrise Perkins-Hooker representing Rukiya S. Thomas
Patrise Perkins-Hooker representing Stan Matarazzo
Cheryl Ringer representing David J. Burge
Cheryl Ringer representing Luther W. Beck
Cheryl Ringer representing Mary Carole Cooney
Cheryl Ringer representing Richard Barron
Cheryl Ringer representing Rukiya S. Thomas
Cheryl Ringer representing Stan Matarazzo
Lindsey Sciavicco representing John Davis

**PROCEEDING CATEGORY:** Motion Hearing(PI or TRO Hearing-Evidentiary);

**MOTIONS RULED ON:**

        [2]Motion for TRO DENIED
        [21]Motion for Leave to File GRANTED

MINUTE TEXT: Also present at the hearing were John Davis (Plaintiff); Richard Barron (Defendant) and Mary Carole Cooney (Defendant). Court called to order. Plaintiffs counsel addressed the Court and briefly outlined the motion. Arguments were heard from both sides. The Court denied the motion and will prepare an order memorializing its rulings. Court adjourned.

HEARING STATUS: Hearing Concluded