# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DAVIS,<br><br>  Plaintiff,<br><br>v.<br><br>MARY CAROLE COONEY, et al.,<br><br>  Defendants. | Civil Action File No:<br>1:16-cv-03844-ELR |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants hereby stipulate to the dismissal, without prejudice, of all claims asserted in this action.

Respectfully submitted this 11th day of November, 2016.

        HOLLAND & KNIGHT LLP

        */s/ Robert S. Highsmith Jr.*
        Robert S. Highsmith Jr.
        State Bar of Georgia No. 352777
        Keisha O. Coleman
        State Bar of Georgia No. 844720
        Lindsey Sciavicco
        State Bar of Georgia No. 783366
        Regions Plaza, Suite 1800
        1180 West Peachtree Street NW
        Atlanta, Georgia 30309
        Tel. 404.817.8500

robert.highsmith@hklaw.com
keisha.coleman@hklaw.com
lindsey.sciavicco@hklaw.com

OFFICE OF THE FULTON COUNTY ATTORNEY

*/s/ Kaye Woodard Burwell*
(with express permission by Robert S. Highsmith Jr.)
Patrise Perkins-Hooker, County Attorney
State Bar of Georgia No.572358
Patrise.Perkins-Hooker@fultoncountyga.gov
Kaye Woodard Burwell
State Bar of Georgia No. 775060
Kaye.Burwell@fultoncountyga.gov
Cheryl Ringer
State Bar of Georgia No. 557420
Cheryl.Ringer@fultoncountyga.gov
David R. Lowman
State Bar of Georgia No. 460298
David.Lowman@fultoncountyga.gov
141 Pryor Street, S.W., Suite 4038
Atlanta, Georgia 30303
Telephone: (404) 612-0246

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed with the Clerk of Court the foregoing STIPULATION OF DISMISSAL using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 11th day of November, 2016.

                                        HOLLAND & KNIGHT LLP

                                        */s/ Robert S. Highsmith Jr.*
                                        Robert S. Highsmith Jr.
                                        State Bar of Georgia No. 352777